IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK DANIEL GONZALEZ, | 1:12-cv-01244-BAM (HC) |
| Petitioner, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| A. HEDGPETH, | (DOCUMENT #9) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On August 27, 2012, petitioner filed an application to proceed in forma pauperis. Due to the fact that the court authorized in forma pauperis status in the present case on July 31, 2012, IT IS HEREBY ORDERED THAT petitioner's application of August 27, 2012, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   **August 30, 2012**            **/s/ Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE