UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK DANIEL GONZALEZ,<br><br>   Petitioner,<br><br> v.<br><br>A. HEDGPETH,<br><br>   Respondent. | Case No.:1:12-cv-01244- BAM (HC)<br><br>ORDER VACATING STAY OF PETITION NUNC PRO TUNC TO NOVEMBER 7, 2012<br><br>(ECF No. 14) |

  Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  On November 7, 2012, the Court granted Petitioner's request to withdraw the unexhausted claims from the petition and hold the petition in abeyance while he returned to state court.

  Thereafter, Petitioner filed several status reports in accordance to the Court's directive in the November 7, 2012, order. However, on July 26, 2013, the Court issued an order directing Petitioner to file a state court petition within thirty days from the date of service of that order. The Court stated found that Petitioner was not proceeding to exhaust his state court remedies in an efficient and timely manner and warned Petitioner that the failure to do so will result in the stay being vacated nunc pro tunc to the date it was granted.

///

///

1  Petitioner has failed to respond to the Court's July 26, 2013, order, thus, the Court must vacate
2  the stay nunc pro tunc to November 7, 2012, and by separate order will issue an order directing
3  Respondent to file a response to the pending petition for writ of habeas corpus.[1]
4  Based on the foregoing, IT IS HEREBY ORDERED that the stay and abeyance of the instant
5  petition for writ of habeas corpus issued November 7, 2012, is VACATED as of that date.

7  IT IS SO ORDERED.

8  Dated:   **September 12, 2013**          /s/ *Barbara A. McAuliffe*
9                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that on August 5, 2013, Petitioner filed a notice of future change of address, which is irrelevant to the Court's July 26, 2013, order.

2