UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK D. GONZALEZ,<br><br>    Petitioner,<br><br>v.<br><br>A. HEDGPETH, et al.,<br><br>    Respondent. | 1:12 -cv-01244-LJO-BAM (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Document #38)<br><br>ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO FILE A REPLY TO RESPONDENT'S OPPOSITION<br><br>(Documents 33, 36)<br><br><u>Deadline:  Thirty (30) days after service</u> |

    Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  <u>See</u>, e.g., <u>Anderson v. Heinze</u>, 258 F.2d 479, 481 (9th Cir. 1958); <u>Mitchell v. Wyrick</u>, 727 F.2d 773, 774 (8th Cir. 1984).  However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require."  <u>See</u> Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.

    However, in view of Petitioner's recent notice of change of address (doc. 39, filed February 12, 2014), and considering the imminent due date of any reply that Petitioner

1

might choose to file in response to Respondent's opposition to Petitioner's pending motion regarding a stay, the Court on its own motion will grant a thirty-day extension of time to Petitioner to file a reply.

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is DENIED.

Petitioner is GRANTED an extension of time to file a reply to Respondent's opposition to Petitioner's motion regarding a stay until no later than thirty (30) days after the date of service of this order.

IT IS SO ORDERED.

Dated:   **February 18, 2014**             /s/ Barbara A. McAuliffe            _
                                           UNITED STATES MAGISTRATE JUDGE