UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK DANIEL GONZALEZ,<br><br>        Petitioner,<br><br>   v.<br><br>A. HEDGPETH,<br><br>        Respondent. | Case No. 1:12-cv-001244-LJO-BAM-HC<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS (DOC. 49)<br><br>ORDER DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME AND FOR A STAY TO EXHAUST STATE COURT CLAIMS (DOC. 33)<br><br>ORDER SCHEDULING DEADLINE FOR PETITIONER TO FILE A TRAVERSE<br><br>**DEADLNE FOR FILING A TRAVERSE: THIRTY (30) DAYS** |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

    On January 13, 2015, the Magistrate Judge filed findings and recommendations to deny Petitioner's motion for a stay of the proceedings to permit him to exhaust state court remedies, which was filed on December 2, 2013. The Magistrate Judge further recommended that the matter be referred back to the Magistrate Judge to schedule the deadline for Petitioner to file a traverse to Respondent's

1

answer to the petition.[1]  The findings and recommendations were served on all parties on the same date.  The findings and recommendations advised the parties that objections could be filed within thirty days and replies within fourteen days after the filing of objections.  Although the thirty-day period for the filing of objections has passed, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the report and recommendations are supported by the record and proper analysis.  Thus, the Court will adopt the findings and recommendations in full.

Accordingly, it is ORDERED that:

1) The findings and recommendations filed on January 13, 2015, are ADOPTED in full; and

2) Petitioner's motion for a stay of the proceedings to exhaust state court remedies is DENIED; and

3) Petitioner may FILE a traverse to the answer previously filed by Respondent no later than thirty (30) days after the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 10, 2015**               **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

---

[1] In order to avoid delay, the Court will set the deadline for filing the traverse in this order instead of remanding the matter to the Magistrate Judge to do so.