# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK DANIEL GONZALEZ,<br><br>   Petitioner,<br><br>   v.<br><br>A. HEDGPETH,<br><br>   Respondent. | Case No. 1:12-cv-01244-LJO-BAM   HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF MOTION FOR STAY TO PERMIT EXHAUSTION AND DIRECTING PETITIONER TO FILE A TRAVERSE WITHIN 45 DAYS OF THIS ORDER<br><br>(Doc. 49) |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On January 13, 2015, the Magistrate Judge filed findings and recommendations in which she recommended that the Court deny Petitioner's motion for a stay to exhaust additional state claims and order Petitioner to file a traverse to Respondent's answer filed November 8, 2013 (Doc. 31). The findings and recommendations, which were served on all parties, provided that objections could be served within thirty days and replies within fourteen days after the filing of any objections. Despite multiple orders granting Petitioner extensions of time to file objections, neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having carefully reviewed the entire file *de novo* and considered Petitioner's objections, the Court finds that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly, the Court hereby ORDERS adoption of the findings and recommendations that the Court deny Petitioner's motion for a stay to permit exhaustion of additional state claims. Petitioner is DIRECTED to file his traverse, if any, no later than forty-five days from the date of this order.

IT IS SO ORDERED.

Dated:   **July 1, 2015**              /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE