# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK DANIEL GONZALEZ, | Case No. 1:12-cv-01244-DAD-SKO  HC |
| Petitioner, | |
| v. | ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION |
| A. HEDGPETH, | |
| Respondent. | (Doc. 48) |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in Wasco State Prison, Wasco, California. As a result, John Sutton, Warden of Wasco State Prison, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of John Sutton, Warden, Wasco State Prison, as Respondent.

IT IS SO ORDERED.

Dated: __**January 30, 2017**__                    _____/s/ *Sheila K. Oberto*_____
                                                                        UNITED STATES MAGISTRATE JUDGE

1